IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOHONIA MARTIN,

    Plaintiff,

vs.                                     Civ. No. 15-716 KG/LAM

CITY OF HOBBS,

    Defendant.

## ORDER

    This matter comes before the Court on Plaintiff's Motion to Amend Complaint filed on September 18, 2015.  (Doc. 5).  The Court will construe this motion to be a request for an extension of time to file an Amended Complaint because on August 31, 2015, the Court dismissed Plaintiff's Civil Complaint without prejudice and granted Plaintiff leave to file an Amended Complaint on or before September 21, 2015.  *See* (Doc. 4).  Having reviewed the Motion to Amend the Complaint, the Court finds no good cause to extend the time to file an amended complaint.  Also, Plaintiff failed to sign the motion in accordance with Fed. R. Civ. P. 11(a).  For these reasons, the Court denies the Motion to Amend Complaint.

    IT IS ORDERED that Plaintiff's Motion to Amend Complaint (Doc. 5) is denied.

_____
UNITED STATES DISTRICT JUDGE