IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOHONIA MARTIN,

        Plaintiff,

v.                                No. 15cv716 KG/LAM

CITY OF HOBBS,

        Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on Plaintiff's failure to file an amended complaint. Because Plaintiff is proceeding *in forma pauperis*, the Court reviewed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court concluded that Plaintiff's Complaint failed to state a claim, dismissed Plaintiff's Complaint without prejudice and granted Plaintiff until September 21, 2015, to file an amended complaint. *See* Doc. 4. The Court warned Plaintiff that failure to timely file an amended complaint may result in dismissal of this action without prejudice. Plaintiff did not file an amended complaint by the September 21, 2015 deadline.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice.**

                                                        _____
                                                        **UNITED STATES DISTRICT JUDGE**