IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YOHONIA MARTIN,

        Plaintiff,

v.          No. 15cv716 KG/LAM

CITY OF HOBBS,

        Defendant.

## FINAL ORDER

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
UNITED STATES DISTRICT JUDGE